FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILE DIVISION

2010 DEC 27 PM 2: 14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

TIMOTHY ALAN CONNELL,

Plaintiff,

v.   Case No. 3:10-cv-527-J-99MMH-JRK

H. L. CARRASQUILLO et al.,

Defendants.
_____/

### DEPARTMENT OF CORRECTIONS' NOTICE TO COURT REGARDING SERVICE OF PROCESS FOR DEFENDANTS [1]

The court's order dated December 7, 2010 (Doc. 22), directs the Department of Corrections to notify the court within **twenty-one (21)** days whether there are forwarding addresses for Defendants L. Myers and S. Jones. The order further directs that if the forwarding addresses are confidential, the address shall be provided to the Court *in camera* for service of process to be completed by the United States Marshal. The Florida Department of Corrections hereby advises the Court that there are forwarding/last known addresses for Defendants Myers and Jones.

---

[1] The Department is filing this notice to respond to the court's order. The Department, by filing this notice, is not filing a notice of appearance on behalf of any Defendant.

1

The addresses are confidential; therefore, they are being provided to the court *in camera* by U.S. Mail.

Respectfully submitted,

*/s/ Alexandria Walters*

ALEXANDRIA WALTERS
Assistant General Counsel
Florida Bar No. 0110590
Department of Corrections
2601 Blair Stone Road
Tallahassee, FL 32399-2500
(850) 488-2326 (Telephone)
(850) 922-4355 (Facsimile)
walters.alexandria@mail.dc.state.fl.us

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEPARTMENT OF CORRECTIONS' NOTICE TO COURT REGARDING SERVICE OF PROCESS FOR DEFENDANT** has been furnished by U. S. Mail to: **Lance Neff, Esq., Office of the Attorney General, PL-01, The Capitol, Tallahassee, Florida 32399** and **Timothy Connell, DC#T11890**, Union Correctional Institution, 7819 NW 228th Street. Raiford, Florida 32026 this 22nd day of December, 2010.

*/s/ Alexandria Walters*
ALEXANDRIA WALTERS